97238.26

| | |
|---|---|
| STATE OF INDIANA | HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF | CAUSE NO.: 32D04-2106-CT-000078 |

TONYA SCHREIER

    Plaintiff(s),

v.

MENARD, INC.

    Defendant(s).

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:  Initiating:_____   Responding: __X__   Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

**Menard, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |
| | | |
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

**IMPORTANT:** Each attorney specified on this Appearance:

    (a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.  Case Type requested under Administrative Rule 8(b)(3):  **CT**

4.  I will accept service by fax at the above noted number:  **No**

    I will accept service by email at the above noted address:  **Yes**

5.  This case involves child support issues:  **No**

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.  This case involves a petition for involuntary commitment:  **No**

8.  Are there related cases:  **No**

9.  Additional information required by local rule:  **No**

10. Are there other party members:  **No**

11. This form has been served on all other parties and a Certificate of Service is attached.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Leslie B. Pollie (#25716-49)
    Attorney for Menard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Nathan D. Foushee
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

*/s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310

2

Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | |
|---|---|
| CAUSE NO: | |
| 1. Name of first initiating party | Tonya Schreier<br>7485 E Co Rd 400 North<br>Brownsburg, IN  46112 |
| 2. Telephone of pro se initiating party | NA |
| 3. Attorney information (as applicable for service of process) | Nathan D. Foushee #24885-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:     812 332-9451<br>FAX:          812 331-5321<br>Email:  nathanf@kennunn.com |
| 4. Case type requested | CT (Civil Tort) |
| 5. Will accept FAX service | YES |
| 6. Are there related cases | NO |
| 7. Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | |

    s/Nathan D. Foushee
Attorney-at-Law
(Attorney information shown above.)

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS | COURT |
| | ) SS: | | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. | |

TONYA SCHREIER

    VS.

MENARD, INC.

## **COMPLAINT FOR DAMAGES**

    Comes now the plaintiff, Tonya Schreier, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

    1.    That on or about November 4, 2020, the plaintiff, Tonya Schreier, was a customer at the Menards store located at 10555 East US Highway 36, in Avon, Hendricks County, Indiana.

    2.    That on or about November 4, 2020, the plaintiff, Tonya Schreier, suffered serious injuries when the turnstile at the entrance of the store locked up as she attempted to walk through it, causing plaintiff to fall.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendants to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

9.  That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

10. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

11. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:   *s/ Nathan D. Foushee*
      Nathan D. Foushee, #24885-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: nathanf@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:    *s/ Nathan D. Foushee*
       Nathan D. Foushee, #24885-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: nathanf@kennunn.com












Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

97238.26

| | |
|---|---|
| STATE OF INDIANA | HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF | CAUSE NO.: 32D04-2106-CT-000078 |
| TONYA SCHREIER | |
|     Plaintiff(s), | |
| v. | |
| MENARD, INC. | |
|     Defendant(s). | |

**MENARD, INC. MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Menard, Inc., by counsel, respectfully requests the Court for an extension of time of thirty (30) days in which to answer, or otherwise respond, to Plaintiff's Complaint, and in support would show the Court as follows:

1. Plaintiff's Complaint was filed with this Court on or about June 18, 2021.

2. Service upon Menard's was perfected by certified mail on or about June 25, 2021.

3. Menard's Answer to Plaintiffs' Complaint is due on or about July 18, 2021.

4. Undersigned counsel requests additional time to confer with her client in order to review the facts and to prepare appropriate responses.

**WHEREFORE**, Defendant, Menard, Inc., respectfully requests this Court grant it an additional thirty (30) days, to and including August 18, 2021, in which to answer or otherwise respond to Plaintiffs' Complaint and for all other relief just and proper in the premises.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: /s/ Jessica N. Hamilton

1

                                        Jessica N. Hamilton (#34268-71)
                                        Leslie B. Pollie (#25716-49)
                                        Attorney for Menard, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of July, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Nathan D. Foushee
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

                                                    */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com

97238.26

| | |
|---|---|
| STATE OF INDIANA | HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF | CAUSE NO.: 32D04-2106-CT-000078 |

TONYA SCHREIER

    Plaintiff(s),

v.

MENARD, INC.

    Defendant(s).

## ORDER GRANTING MENARD, INC. MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Menard, Inc., by counsel, having filed a Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the Motion and being duly advised in the premises, now finds that said Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Menard Inc., shall answer, or otherwise respond, to Plaintiff's Complaint by **August 18, 2021**.

**SO ORDERED** _July 11, 2021_ .

*Mark A. Smith*
_____
Judge, Hendricks Superior Court No. 4 MS

Distribution to parties via IEFS

1

CIRCUIT & SUPERIOR COURTS FOR THE COUNTY OF HENDRICKS
STATE OF INDIANA
COURTHOUSE, ONE COURTHOUSE SQUARE
DANVILLE, INDIANA  46122
TELEPHONE: 317 745-9231

Tonya Schreier

Plaintiff(s)

VS.                                                    No. _____

Menard, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o The Prentice Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 6/21/2021

_s/ Marjorie Pike_
CLERK, HENDRICKS CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____, this ___ day of _____, 2021.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:     _s/ NATHAN D. FOUSHEE_
        ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

   Dated this __ day of _____, 2021.

   _____ C LERK,
   HENDRICKS CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____, 2021, and that a copy of the return of receipt was received by me on the __ day of _____, 2021, which copy is attached herewith.

   _____
   CLERK, HENDRICKS CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of ___ _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of Hendricks County, Indiana.

   Dated this __ day of _____, 2021.

   _____ C LERK,
   HENDRICKS CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.
   1. By mailing a copy of the summons and complaint personally to _____ address _____.
   2. By delivering a copy of summons and complaint personally to _____.
   3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____ his last known address.
   4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____
   ___.
   5. Defendant cannot be found in my bailwick and summons was not served.

   And I now return this writ this __ day of _____, 2021.

   _____ SHER IFF
   or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
   1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
   2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
   3. _____ and by mailing a copy of the summons without the complaint to _____ a t _____ the last known address of defendant(s).
   All done in Hendricks County, Indiana.
Fees: $_____
   _____
   SHERIFF or DEPUTY